**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7548**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ENRICO SALAZAR SANCHEZ, a/k/a Juan Sanchez,
a/k/a Carlos Pun,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CR-
00-36-DKC)

_____

Submitted: December 20, 2001          Decided: January 9, 2002

_____

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Enrico Salazar Sanchez, Appellant Pro Se. Ranganath Manthripragada,
Assistant United States Attorney, Gina Laurie Sims, OFFICE OF THE
UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Enrico Salazar Sanchez appeals from the district court's order denying Sanchez's "Motion to Withdraw Unauthorized Enhanced Sentence."  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  United States v. Sanchez, No. CR-00-36-DKC (D. Md. Aug. 14, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2